DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LUIS A. SORO,**
Appellant,

v.

**STEVE'S TOWING, SAMMY ZAIDI,** and **JAY DOE,**
Appellees.

No. 4D23-134

[August 9, 2023]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Edward A. Garrison, Judge; L.T. Case No. 502022CC012934.

Luis A. Soro, Miami Beach, pro se.

No appearance for appellees.

PER CURIAM.

The court *sua sponte* dismisses this appeal without prejudice. *See Bushweiler v. Levine*, 476 So. 2d 725 (Fla. 4th DCA 1985).

MAY, CIKLIN and ARTAU, JJ., concur.

\*          \*          \*

*Not final until disposition of timely filed motion for rehearing.*